# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0104
LT Case No. 2011-CF-001453

_____

ERIC T. FRAZIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

Eric T. Frazier, Cross City, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.

May 14, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and SOUD and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____